■ LIZABETH L. PATTERSON, Respondent, v LATIF ARSHAD et al., Defendants, and NORMAN S. ANTHONY et al., Appellants. [618 NYS2d 1025] —Order, Supreme Court, New York County (Edward H. Lehner, J.), entered on or about May 12, 1993, which denied defendants-appellants' motion for summary judgment dismissing plaintiff's complaint for failure to satisfy the threshold requirements for serious injury in Insurance Law § 5102 (d), unanimously affirmed, with costs.

The medical evidence submitted by the moving defendants was contradictory and inconclusive with respect to whether or not plaintiff's injuries were "serious" as defined by Insurance Law § 5102. Accordingly, since defendants failed to make a *prima facie* showing of entitlement to judgment as a matter of law, the motion was properly denied regardless of the sufficiency of the opposing papers *(Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851, 853). Concur—Rosenberger, J. P., Kupferman, Asch and Tom, JJ.